# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

LINDA A. NASH; and RICHARD M. ANNETTE,

    Plaintiffs,

v.

Case No. 6:19-cv-885-RBD-DCI

STATE OF FLORIDA FIFTH DISTRICT COURT OF APPEALS; RICHARD B. ORFINGER; JUDGE WENDY W. BERGER; JAMES A. EDWARDS; BRIAN D. LAMBERT; and JAY P. COHEN,

    Defendants.
_____

## ORDER

The Court previously denied *pro se* Plaintiff Linda A. Nash's motion to reopen this very old closed case. (Doc. 29.) Nash then appealed (Doc. 30) and moved to appeal *in forma pauperis* (Doc. 33 ("Motion")). On referral, U.S. Magistrate Judge Daniel C. Irick entered a Report and Recommendation submitting that the Court should deny the Motion, as the appeal is frivolous. (Doc. 34 ("R&R").) Nash objected to the R&R (Doc. 35 ("Objection")), but like Nash's previous filings, the Objection is incoherent. So after a *de novo* review, the Court agrees entirely with Judge Irick's R&R. *See* 28 U.S.C. § 636(b)(1)(C).

Accordingly, it is **ORDERED AND ADJUDGED**:

1. The Objection (Doc. 35) is **OVERRULED**.

2. The R&R (Doc. 34) is **ADOPTED AND CONFIRMED** and made a part of this Order in its entirety.

3. Nash's Motion (Doc. 33) is **DENIED**.

4. Nash's earlier motion on the same grounds (Doc. 32) is **DENIED AS MOOT**.

5. The Court **CERTIFIES** that the appeal (Doc. 30) is not taken in good faith.

6. The Clerk is **DIRECTED** to notify the Eleventh Circuit of this Order. *See* Fed. R. App. P. 24(a)(4)(A), (B).

**DONE AND ORDERED** in Chambers in Orlando, Florida, on July 28, 2023.

ROY B. DALTON JR.
United States District Judge